UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FERNANDO RODRIGUEZ, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

-against-

99 CENTS HOT PIZZA INC. (D/B/A 99 CENT PIZZA), ADBUL QUDDAS, and MOHAMMAD REHMAN,

                *Defendants*.
------------------------------------------------------------X

1:20-cv-08391 (JPC)

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

    PLEASE TAKE NOTICE, that Plaintiff, FERNANDO RODRIGUEZ, hereby accepts the offer of judgment for $7,000.00 made by Defendants 99 CENTS HOT PIZZA INC. (D/B/A 99 CENT PIZZA), ADBUL QUDDAS, and MOHAMMAD REHMAN, on or about July 19, 2022, pursuant Rule 68 of the Federal Rules of Civil Procedure. Annexed hereto are copies of (a) the Offer of Judgment; (b) Plaintiff's Acceptance of Offer of Judgment; (c) Plaintiff's Certificate of Service of Acceptance of Offer of Judgment and (d) a Proposed Order entering judgment.

Dated: New York, New York
       July 22, 2022

                                              */s/ Frank Palermo*
                                              Frank Palermo, Esq.
                                              CSM LEGAL, P.C.
                                              60 East 42nd Street, Suite 4510
                                              New York, NY 10165
                                              *Attorneys for Plaintiffs*

To: **Stephen D. Hans, Esq.**
      Stephen D. Hans & Associates, PC
      30-30 Northern Boulevard, Suite 401
      Long Island City, NY 11101
      (718) 275-6700
      Email: shans@hansassociates.com
*Attorneys for Defendants*