UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

FERNANDO RODRIGUEZ, *individually and on behalf of others similarly situated*,

                    *Plaintiff*,

-against-

99 CENTS HOT PIZZA INC. (D/B/A 99 CENT PIZZA), ADBUL QUDDAS, and MOHAMMAD REHMAN,

                    *Defendants*.

-----------------------------------------------------------X

1:22-cv-01711

**JUDGMENT**

On July 22, 2022, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, FERNANDO RODRIGUEZ, has judgment against 99 CENTS HOT PIZZA INC. (D/B/A 99 CENT PIZZA), ADBUL QUDDAS, and MOHAMMAD REHMAN, jointly and severally, in the amount of Seven Thousand Dollars and No Cents ($7,000.00), which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, NY
~~July 23~~, 2022

Digitally signed by
Brian M. Cogan
_____
Judge Brian M. Cogan
UNITED STATES DISTRICT JUDGE

1